THE PEOPLE OF THE STATE OF NEW YORK ex rel. 117 EAST 72ND STREET CORPORATION, Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants. [117 E. 72nd St., Borough of Manhattan.] — Order unanimously modified so as to provide for the fixing of the assessed valuations of the property as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 1941–42 | $175,000 | $375,000 | $550,000 |
| 1942–43 | 175,000 | 360,000 | 535,000 |
| 1943–44 | 175,000 | 350,000 | 525,000 |

and, as so modified, affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

MARCUS SCHWARTZ et al., Appellants, v. SERUTAN Co. et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See post, p. 840.]

HELEN MARHOEFER et al., Appellants, v. IRWIN LALIN et al., Copartners Doing Business under the Name of HILL LALIN SONS, et al., Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Callahan, J., dissents and votes to reverse and grant a new trial.

SAMUEL LEVY, as Receiver in Foreclosure of the Premises Known as 166, 168, 170 and 172 Broadway and 2 and 4 Maiden Lane, Borough of Manhattan, Appellant, v. HARRY S. SHERESKY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

CHAS. CHIPMAN'S SALES CO., INC., Appellant, v. ELY & WALKER DRY GOODS COMPANY, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn and Callahan, JJ. [183 Misc. 531.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PETRELLO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFREDO S. G. TAYLOR et al., Appellants, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [902-911 Seventh Ave., 201-211 W. 57th St., Borough of Manhattan.] — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

580 FIFTH AVENUE CORP., Respondent, v. DEEMS TAYLOR, as President of American Society of Composers, Authors and Publishers, an Unincorporated Association, Appellant.— Order, so far as appealed from, unanimously modified by granting examination of plaintiff as to items 1 and 2 of defendant's notice of cross motion and, as so modified, affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.